# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:17-cv-00300-MR-DLH

| | |
|---|---|
| KARL HENRIK SUNDBERG, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> LISA MICHELLE BAILEY, ) <br> ) <br> Respondent. ) <br> _____ ) | **JUDGMENT FOR ATTORNEYS' FEES** |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that in accordance with the Orders entered March 8, 2018 and June 19, 2019 allowing attorneys fees, judgment in the amount of Thirty-Two Thousand Eight Hundred Sixty-Five Dollars and Forty-Eight Cents ($32,865.48) is hereby entered in favor of the Petitioner Karl Henrik Sundberg and against the Respondent Lisa Michelle Bailey.

Signed: July 1, 2019

Martin Reidinger
United States District Judge